UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 22 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

LILLY HOGUE, )  3:08-CV-00042-ECR-VPC
           )
    Plaintiff, )  MINUTES OF THE COURT
           )
vs.        )  DATE: SEPTEMBER 22, 2008
           )
MICHAEL ASTRUE, )
           )
    Defendant. )
_____)

PRESENT: _____EDWARD C. REED, JR._____   U. S. DISTRICT JUDGE

Deputy Clerk: ___COLLEEN LARSEN___   Reporter: _____NONE APPEARING_____

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

    On August 27, 2008, the Magistrate Judge filed a Report and Recommendation (#10) recommending that the Motion to Dismiss (#7), filed by Defendant on April 14, 2008, be denied.  No objections were timely filed.

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#10) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion to Dismiss (#7) is **DENIED**.

LANCE S. WILSON, CLERK

By _____/s/_____
    Deputy Clerk