```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


LILLY HOGUE,                      )    3:08-CV-00042-ECR-VPC
                                  )
    Plaintiff,                    )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: August 26, 2009
                                  )
MICHAEL J. ASTRUE, Commissioner,  )
Social Security Administration,   )
                                  )
    Defendant.                    )
                                  )
_____    )
```

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____


MINUTE ORDER IN CHAMBERS

    On July 30, 2009, the Magistrate Judge filed a Report and Recommendation (#27) recommending that Plaintiff's Motion for Remand (#20) be denied and Defendants' Cross-Motion to Affirm (#23) the Administrative Law Judge's finding that Plaintiff was not disabled be granted. No objections were filed to the Report and Recommendation (#27). The Report and Recommendation (#27) appears to be well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#27) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Remand (#20) is **DENIED**. Defendants' Cross-Motion to Affirm the order of the Administrative Law Judge (#23) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                                    LANCE S. WILSON, CLERK

                                                    By      /s/
                                                          Deputy Clerk