AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

LILLY HOGUE,

      Plaintiff,               JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:08-CV-00042-ECR-VPC**

MICHAEL J. ASTURE, Commissioner,
Social Security Administration,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (#27) is APPROVED and ADOPTED**.**  IT IS FURTHER ORDERED that Plaintiff's Motion of Remand (#20) is DENIED.  Defendants' Cross-Motion to Affirm the order of the Administrative Law Judge (#23) is GRANTED.

   September 1, 2009                    **LANCE S. WILSON**
                                                                  Clerk

                                                              /s/ D. R. Morgan
                                                              Deputy Clerk